# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NARCISO GODINEZ ROSAS,<br><br>Defendant | Case No.: 23-CR-1476-JO<br><br>[~~PROPOSED~~] JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against NARCISO GODINEZ ROSAS in this case is dismissed without prejudice.

SO ORDERED.

DATED: 10/24/23

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT COURT JUDGE